IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEE LICHLYTER,<br><br>    Defendant. | Docket 6:11-mj-00038-MJS<br><br>PRETRIAL ORDER |

Pursuant to the Pre-Trial Hearing conducted on September 20, 2012, the Court hereby orders:

1. Trial shall begin, as scheduled, on September 26, 2012, at 9:00 a.m.

2. The Defendant's subpoena of witness Cherie Kuehn will not be enforced at trial on September 26, 2012 because of the witness's and/or her child's reported medical concerns. If, at trial, Defendant determines Cherie Kuehn's testimony is necessary to the defense, trial will be continued to enable Ms. Kuehn to be made available to testify.

3. The Government's reported subpoena of witness Christopher Valenzuela remains in full force and effect. Absent his being released from the subpoena, he shall appear and give testimony at trial on September 26, 2012.

4. Absent further Order of the Court for good cause shown, Defendant's expert witness Dr. Davidson may use Dr. William Spangler's necropsy report only to

refresh Dr. Davidson's memory.

**ORDER**

IT IS SO ORDERED.

Dated:  September 20, 2012       /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE